IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.                                                              Criminal No.: 1: 23-cr-00225-RCL-1

**FREDERICK WEBB,**
      Defendants.

**DEFENDANT WEBB'S SENTENCING MEMORANDUM AND
RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM**

Plaintiff Frederick Webb ("Webb") by undersigned counsel, hereby submits to the Court his Sentencing Memorandum. Defendant respectfully requests a sentence of one (1) year probation, no fine, and no restitution. Webb is a hard-working employee, a devoted boyfriend, and a first-time offender. Probation is the presumed sentence for a first-time misdemeanor.

**Introduction and Overview**

Defendant Webb was charged with one misdemeanor count on July 13, 2023. The United States Attorney for the District of Columbia filed a one-count Information in Docket Number 1:23-cr-00225-RCL-1, charging Webb as to Count 1: Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5401(e)(2)(G).

**I. Sentencing Requested by Defendant**

**Defendant respectfully requests a sentence of one (1) year probation, no fine, and no restitution**. Webb is working full-time as a retail associate, is recovering from a dislocated shoulder injury, and is in a strong relationship with a girlfriend that he plans to marry. Prior to

his current job, he worked a few fast food, restaurant, and grocery store jobs. Probation is the presumed sentence for a first-time misdemeanant.[1]

Webb has already essentially served two years of supervised pretrial release successfully. Per the Pretrial Services Report, he was recommended as a low risk level, was only in the area for a day, has no passport or future travel plans, has no history of escaping criminal responsibility, and has no criminal history record. Conversations with him suggest he is a very nice, respectful 20-year-old kid who went to Capitol with his mother and father, got a bit excited, went inside when a door was open, handed some people some water who were in distress and walked out. There was no violence and no property destruction. His parents stayed back from the building and reunited with him to go home via the subway station shortly thereafter. The ordeal ever since has been taxing on the family. Webb has lived in fear of an FBI knock for almost the last three years, but has continued to work hard at his job while having zero substance abuse issues, disorderly conduct issues, or associations with any groups that could raise any suspicion with the federal authorities.

## II.  The Government's Proposed Sentence is Unreasonable

The government's proposed sentencing of 14 days of incarceration and $500 in restitution is unreasonable. Parading, demonstrating, and picketing should be scored as a two-point base offense, consistent with creating a public nuisance, disturbing the peace, or other minor crimes.

---

[1] Research shows a "weak relationship between incarceration and crime reduction, and highlights proven strategies for improving public safety that are more effective and less expensive than incarceration." The best way to promote public safety and ensure that convicted persons can lead law-abiding lives is through broad use of non-incarceration sentences, especially since "incarceration does little to change a person's behavior." 20 18 U.S.C. § 3553(a)(2)(D). Vera Institute of Justice, Overview of The Prison Paradox: More Incarceration Will Not Make Us Safer (July 2017), https://www.vera.org/publications/for-the-record-prison-paradox-incarceration-not-safer.

Moreover, by 3:05pm, when Webb entered the Capitol building for only 14 minutes, the incident was already well underway and Webb merely took a photo of himself and walked around a bit.

Additionally, the government's assertion in its sentencing memorandum that Webb "lacks remorse for the events of that day" are unsubstantiated. His actions at the Capitol were that of one mere protestor attempting to assert his First Amendment rights while not trying to draw too much attention to himself. Far from being "close to the front lines" as the government suggests, Webb among the latest of the arriving protestors and at a distance far removed from, for example, a Senator's office or any particular person causing direct physical violence. Sure, he filmed the events around him, but that was simply because his parents stayed behind near the subway station and he wanted to be able to share the events of the day with them on their way back home, something any 20-year-old child would want to do with his parents after a short, eventful, historic, and emotional trip to the Nation's Capitol. Most importantly, the government makes way too much out of Webb's facial expressions on that day. Webb was just as nervous and afraid as any 20-year-old would be at a major, consequential protest such as the January 6 protest. He merely smiled when his photo was taken, as we all do, even at events like funerals and the like, because it's a natural response to having one's photo taken. He merely smiled because he was given a once-in-a-lifetime opportunity to join a protest that happened to take place in one of the most recognizable buildings in the world: the Capitol. Who wouldn't be awe-struck to be in there with a mass of people who share one's political beliefs and socioeconomic background. Finally, that Webb took a photo in front of an America First poster should not be misconstrued to represent Webb as a person who lacks remorse. It is his First Amendment right to take a photograph with political signage, and it is also a common practice to take a photograph

with various signage at protests like this one. That goes without saying but we must say it here because Webb simply doesn't deserve the sentence the government is proposing.

### III. Alternatives to Incarceration are Important Mechanisms to Promote Public Safety and Meet the Purposes of Sentencing

Encouraging alternatives to incarceration for "first offenders" and other individuals who need not be incapacitated to protect the public is a critically important goal of the guidelines. The best way to promote public safety and ensure that convicted persons can lead law-abiding lives is through broad use of non-incarceration sentences, especially since "incarceration does little to change a person's behavior." The study by the Superior Court of the District of Columbia said it best: the handling of cases involving offenses such as … disorderly conduct has done little to change the behavior of offenders, make streets safer, or enhance the quality of life in communities.[2]

### IV.  Restitution is Inapplicable

Webb caused no property destruction nor contributed nor aided or abetted any property destruction. Merely seeing property destruction is insufficient for an assessment of restitution.

### CONCLUSION

For the foregoing reasons, the Defendant urges the Court to consider a sentence commensurate with the crime: a one-year probation. Such a sentence promotes respect for the law, deters future crime by imposing consequences on Webb's liberty and criminal record, and prevents unnecessary hardship on Webb, his girlfriend, and his parents moving forward. Webb

---

[2] DC Misdemeanor and Traffic Community Court, Program Manual of Policies and Procedures (April 2007), https://www.dccourts.gov/sites/default/files/pdf-forms/DCMTCCPoliciesProcedures.pdf.

has accepted fully accepted the ramifications of his presence in the Capitol on January 6, and has already cooperated fully with the authorities, leading to the avoidance of an arrest and further embarrassment and anguish.

Dated: December 1, 2023                              Respectfully Submitted,

/s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, December 1, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce